**FILED**

MAY 18 2000

LARRY W. PROPES, CLERK
FLORENCE, S.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

ENTERED
5-19-00

| | |
|---|---|
| Todd Rutherford and James F. Fitts on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>The South Carolina Republican Party; and J. Sam Daniels in his Official Capacity as Executive Director of the South Carolina Republican Party,<br><br>  Defendants. | )<br>)<br>)<br>)  C/A No.: 4:00-329-24<br>)<br>)<br>)<br>)  O R D E R<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Before this court is Plaintiffs' Petition for Award of Attorneys' Fees and Expenses of Litigation brought pursuant to Section 14 of the Voting Rights Act of 1965, 42 U.S.C. § 1973l. The court has carefully considered the affidavits of counsel, together with their itemized statements of time devoted to this litigation and the expenses incurred in light of the twelve lodestar factors set forth in Barber v. Kimbrell's, Inc., 577 F.2d 216 (4th Cir. 1978). The court finds that Plaintiffs, as prevailing parties, are entitled to this award and that the request is reasonable.

**IT IS ORDERED THAT** Plaintiffs' petition is hereby granted, and Plaintiffs are awarded the sum of $35,000.00 from the Defendant South Carolina Republican Party.

**IT IS SO ORDERED.**

Margaret B. Seymour
United States District Judge

May 15, 2000
Spartanburg, South Carolina

AO 72A
(Rev.8/82)

32